John Hearne
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243


**In The Eastern District of California for the**

**United States District Court**


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:07-mj-00297wmw |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS |
| v. | ) | |
| | ) | |
| DelaVega, Bonnie | ) | Date: September 9, 2008 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Courtroom: U.S. Magistrate Judge: |
| | ) | Hon. William M. Wunderlich |
| | ) | |
| | ) | |
| | ) | |

The United States Government, through its representative John Hearne respectfully requests that all counts against the Defendant be dismissed in the interest of justice.


Respectfully submitted,



                                        /s/ John Hearne
Dated:  September 2, 2008      _____
                                        John Hearne
                                        National Park Service

1

**ORDER**

It is so ordered.

IT IS SO ORDERED.

**Dated:   September 8, 2008**            /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE